IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

United States of America,

        Plaintiff,

v.

Robert Westbury,

        Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE:  DAVID T. SCHULTZ
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 21-mj-724 DTS |
| Date: | October 4, 2021 |
| Video Conference | |
| Time Commenced: | 2:22 pm |
| Time Concluded: | 2:34 p.m. |
| Time in Court: | 12 minutes |

APPEARANCES:

    Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
    Defendant: Keala Ede
        X FPD      X To be appointed

    X Advised of Rights

on  X Indictment

X Date charges or violation filed: 9/29/2021
X Current Offense: civil disorder; assaulting, resisting, or impeding officers using a dangerous weapon
X **Charges from other District:**   District of Columbia
X Title and Code of underlying offense from other District: 18:231(a)(3)
X Case no: 1:21-cr-605

**Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.**

Next appearance date is October 12, 2021 at 2:00 p.m. Eastern time via video conference with the District of Columbia.

X  Removal hearing waived
X  Removal Order to be issued

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.
X Government moves to unseal the case. X Granted

                                                                s/ JAM
                                                  Signature of Courtroom Deputy